W. W. WHITEHURST, PLAINTIFF IN ERROR, VS. J. B. DEMERE
    AND CHARLES E. DUPONT, DEFENDANTS IN ERROR.

Writ of Error to Circuit Court of Hillsborough
county.

*Carter & Wall*, for Plaintiff in Error.

*Gunby & Gibbons*, for Defendants in Error.

This action was brought by the plaintiff in error
against the defendants in error. There was judgment

for the defendants, and the plaintiff takes writ of error. The judgment is affirmed.

Decision Per Curiam.